UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANDRA C. JOHNSON, M.D.,

Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

No. 2:14-cv-00983-GEB-DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

Defendant filed a "Notice of Settlement" on October 16, 2014, in which it states:

> the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents and anticipate that they will be in a position to file a stipulation for dismissal of all claims against Defendant with prejudice, within the next 30 days.

(Notice of Settlement, ECF No. 11.)

Therefore, a dispositional document shall be filed no later than November 17, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

prescribed by the Court may be grounds for sanctions.”).

IT IS SO ORDERED.

Dated: October 16, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge